IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | |
|---|---|
| ATTITUDE AVIATION, INC., | ) CASE NO. 1:12-cv-515 |
| Plaintiff, | ) JUDGE SANDRA S. BECKWITH |
| v. | ) **ORDER GRANTING STIPULATION FOR EXTENSION OF TIME TO FILE ANSWER OR OTHERWISE PLEAD IN RESPONSE TO PLAINTIFF'S COMPLAINT** |
| XL SPECIALTY INSURANCE COMPANY, | |
| Defendant. | |

Upon the joint written stipulation of the parties and for good cause shown it is hereby ordered that Defendant have until August 21, 2012 to file its Answer or otherwise plead in response to Plaintiff's Complaint.

IT IS SO ORDERED.

*Stephanie K. Bowman*